UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 7

640 Derby Ave Corp,                                                 Case No. 8-20-71466-las

                                            Debtor.
-------------------------------------------------------------x

ORDER DENYING MOTION FOR RELIEF FROM STAY

Upon the motion dated April 27, 2020 (the "Motion") [dkt. no. 12], of BSI Financial Services as servicer for US Bank Trust National Association as Trustee of Cabana Series III Trust (the "Creditor"), for an order, pursuant to section 362(d)(2) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interest in 640 Derby Ave, Woodmere, NY 11598 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and there being no opposition to the Motion; and Creditor having filed a Certificate of No Objection pursuant to the Court's Procedures During National Emergency (COVID-19) [dkt. no. 13]; and the Court having found that the Creditor failed to provide a signed valuation as to the property necessary to demonstrate the debtor's lack of equity under section 362(d)(2); and after due deliberation, it is hereby

ORDERED that the Motion is denied without prejudice.



**Dated: May 21, 2020**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**